UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KEOSHA THOMAS,

                Plaintiff,

    - against -

JEFFREY MILLER; DEPUTY SHERIFF JOSEPH
FUSICTO; DEPUTY SHERIFF D. PRATT; IRA
MILLER; CON EDISON; and NATIONAL GRID,

                Defendants.
-------------------------------------------------------------------X

ORDER ADOPTING REPORT
AND RECOMMENDATION
17-CV-1519 (RRM) (RLM)

ROSLYNN R. MAUSKOPF, United States District Judge.

        Plaintiff Keosha Thomas brought this civil rights action on March 17, 2017. Since then, Thomas has not communicated with the Court in any way. All but one of the Court's mailings to Thomas were returned as undeliverable. (*See* (Doc. Nos. 9, 10, 12, 13).) On May 8, 2017, Magistrate Judge Roanne L. Mann issued an Order, warning Thomas that failure to update her address or to respond would result in a recommendation that this action be dismissed as abandoned. (*See* Order (Doc. No. 11).) Thomas did not respond, and on June 13, 2017, Judge Mann issued a Report and Recommendation ("R&R"), recommending that the case be dismissed for failure to prosecute. (R&R (Doc. No. 14).) Judge Mann reminded the parties that, pursuant to Federal Rule of Civil Procedure ("Rule") 72(b), any objection to the R&R must be filed within fourteen days of service. (*See* R&R at 4.)[1] The Court mailed a copy of the R&R to the address Thomas provided in the complaint.[2] (*Id.*) No party has filed any objection, and the time to do so has since expired.

---

[1] For ease of reference, citations to Court documents utilize the Electronic Case Filing System ("ECF") pagination.
[2] The Court notes that, as with the Court's other mailings, the R&R was returned as undeliverable. (Doc. No. 15.)

1

Pursuant to 28 U.S.C. § 636(b) and Rule 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Accordingly, it is hereby ordered that this action be dismissed without prejudice.

The Clerk of Court is directed to enter judgment pursuant to this Order and close the case. The Clerk of Court is further directed to mail a copy of this Order and the accompanying Judgment to the defendants at the addresses indicated on the docket and to note the mailing on the docket.

SO ORDERED.

Dated: Brooklyn, New York
12/1, 2017

s/Roslynn R. Mauskopf
_____
ROSLYNN R. MAUSKOPF
United States District Judge